March 10, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ESTATE LAND COMPANY, AARON WIESE, AND KAMAL BANANI
(BANNAN), Appellants

NO. 14-13-00524-CV            V.

ANTHONY WIESE, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Anthony Wiese, signed May 13, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Estate Land Company, Aaron Wiese, and Kamal Banani (Bannan), jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.